FILED
December 9, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

No. 03-15-00263-CR

In the
COURT OF APPEALS
For the
THIRD SUPREME JUDICIAL DISTRICT
at Austin

---

On Appeal from the 264th Judicial District Court of
Bell County, Texas
Cause Number 73061

---

JOHN LEE BOWMAN, Appellant
*v.*
THE STATE OF TEXAS, Appellee

---

MOTION FOR *PRO SE* ACCESS TO APPELLATE RECORD

---

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, John Lee Bowman, Appellant herein, and files this, his Motion for *Pro Se* Access to Appellate Record. In support of said motion, Appellant would show the Court the following:

Appointed Counsel for Appellant has filed an *Anders* Brief and Motion to Withdraw. Pursuant to the Texas Court of Criminal Appeals' recent decision in *Kelly v. State*, No. PD-0702-13 (Delivered June 25, 2014), Appellant now requests access to the appellate record for the preparation of his *pro se* response.



RECEIVED
DEC 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

John Lee Bowman

DATE: 12-3-15

NORTH TEXAS TX P&DC
DALLAS TX 750
07 DEC 2015 PM 8 L

MR. Johnlee Bowman #1894059
Hutchins Unit
1500 E Langdon Rd.
Dallas TEXAS
75241

Court of Appeals
Third District
PO Box 12547
Austin Texas

78711254747